## HALL *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 84, September Term, 1963.]

*Decided December 10, 1963.*

Before the full Court.

PER CURIAM.

This case is now moot because the applicant has been released from custody, and the application is therefore dismissed.